UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : | |
| **Plaintiffs,** : | |
| v. : | 1:21-CV-00013-MSM-PAS |
| **GOLDEN GATE MOTEL ASSOCIATES** : | |
| **Defendant.** : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff ("Plaintiff"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses, WITHOUT PREJUDICE, their claims against Defendant, RLH CORPORATION. DEFENDANT Golden Gate Motel Associates is the last remaining party.

RESPECTFULLY SUBMITTED,

Dated: March 1, 2021      By:*/s/ Daniel Ruggiero*
　　　　　　　　　　　　　Daniel Ruggiero
　　　　　　　　　　　　　The Law Offices of Daniel Ruggiero
　　　　　　　　　　　　　275 Grove St., Suite 2-400
　　　　　　　　　　　　　Newton, MA 02466
　　　　　　　　　　　　　P: (339) 237-0343
　　　　　　　　　　　　　E: DRuggieroEsq@gmail.com
　　　　　　　　　　　　　Attorney for Plaintiff